**Dennis H. LENTIN, Plaintiff–Appellant,**

v.

**GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, Defendant–Appellee.**

**No. 07–11829**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 11, 2007.

Duncan J. Farmer, Burger, Trailor, Farmer, P.A., West Palm Beach, FL, for Plaintiff–Appellant.

Roberto Mario Vargas, Sidney A. Stubbs, Jr., Jones Foster Johnston & Stubbs, P.A., West Palm Beach, FL, for Defendant–Appellee.

██

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Having carefully reviewed the briefs and the record, and finding no error in the district court's order granting summary

judgment, we conclude that the judgment is

AFFIRMED.